## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JACQUELINE COLLINS,

      Plaintiff,

v.                                  No. 2:11-cv-00036 CG/LAM

OTERO COUNTY HOSPITAL
ASSOCIATION d/b/a GERALD
CHAMPION REGIONAL MEDICAL
CENTER and SCENIC VIEW OUTPATIENT
SURGERY CENTER,

### ORDER PERMITTING SUBSTITUTION OF COUNSEL

**THIS MATTER** came before the Court on Otero County Hospital Association's ("Otero County") unopposed Motion to Withdraw and Substitution of Counsel. The Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Rodey, Dickason, Sloan, Akin & Robb, P.A. (Thomas J. Stahl and Cristina A. Adams), is permitted to withdraw and that the firm of Modrall, Sperling, Roehl, Harris & Sisk, P.A. shall be deemed counsel of record for Otero County Hospital Association.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: ___*/s/ Jennifer A. Noya*_____
   Jennifer A. Noya
   P.O. Box 2168
   500 Fourth Street, N.W., Suite 1000 (87102)
   Albuquerque, NM 87103-2168

Telephone: 505.848.1881
Facsimile: 505.848.1899

RODEY, DICKASON, SLOAN, AKIN
  & ROBB, P.A.

By:   *Approved via Electronic Mail 2/9/2011*
    Thomas J. Stahl
    Cristina A. Adams
    P.O. Box 1888
    Albuquerque, NM 87103-1888
    Telephone: 505.765.5900
    Facsimile: 505.768.7395

*Attorneys for Otero County Hospital Association*


Approved as to form:

  *Approved via Electronic Mail 2/10/2011*
Miguel Garcia
JOHN R. HAKANSON PC
307 E. 11th Street
Alamogordo, NM 88310
Facsimile: 575.434.9794
miguelo.garcia@gmail.com
*Attorneys for Plaintiff*

  *Approved via Electronic Mail 2/10/2011*
John D. Wheeler
Michael Christian Smith
JOHN D. WHEELER & ASSOCIATES
P.O. Box 1810
Alamogordo, NM 88311
Facsimile: 575.437.3557
jdw@jdw-law.com
mcs@jdw-law.com
*Attorneys for Scenic View Outpatient Surgery Center*

2